IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOU FLORES; FRANK FLORES,

    Plaintiffs,                                           No. CIV S-11-2561 LKK EFB

    vs.

SUNRISE SENIOR LIVING, INC.,

    Defendant.                                    <u>ORDER</u>

       This case, in which plaintiffs were originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On February 7, 2012, attorney Todd A. Murray filed a notice of appearance as plaintiffs' counsel in this case.  Dckt. No. 12.  Because plaintiffs are now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. Therefore, all currently scheduled dates presently set before the undersigned will be vacated. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge; and

1

1	2. The February 8, 2012 status (pretrial scheduling) conference, Dckt. No. 3, which is currently set before the undersigned, is vacated.

SO ORDERED.

DATED: February 7, 2012.

*(signature)*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2