| | |
|---|---|
| 1 | Todd A. Murray (State Bar #075364) |
| | LAW OFFICES OF TODD A. MURRAY |
| 2 | 1050 Fulton Avenue, Suite 218 |
| | Sacramento, CA 95825 |
| 3 | Telephone:  (916) 488-1795 |
| | Facsimile:   (916) 481-5080 |
| 4 | |
| 5 | Attorney for Plaintiffs |
| | Lou Flores and Frank Flores |
| 6 | Michael P. West (State Bar #172478) |
| | MORRIS POLICH & PURDY, LLP |
| 7 | 1055 West Seventh Street, 24th Floor |
| | Los Anegles, CA 90017 |
| 8 | Telephone:  (213) 891-9100 |
| | Facsimile:   (213) 488-1178 |
| 9 | |
| 10 | Attorney for Defendant |
| | Sunrise Senior Living, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

LOU FLORES and FRANK FLORES,   )   Case No. 2:11-CV-02561-LKK-EFB
                               )
            Plaintiffs,        )
                               )   **STIPUTLATED SETTLEMENT AND**
v.                             )   **REQUEST FOR DISMISSAL**
                               )
SUNRISE SENIOR LIVING, INC. and DOES 1 )
through 50, inclusive.         )   **[RE: Sacramento County Superior Court**
                               )   **Case No. 34-2011-00106439]**
            Defendant.         )
_____/)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, LOU FLORES and FRANK FLORES and Defendant SUNRISE SENIOR LIVING, INC. (hereinafter collectively referred to as "The Parties") that this matter is deemed settled pursuant to a written Settlement Agreement and Release between The Parties.

IT IS FURTHER REQUESTED that pursuant to the settlement agreement between The Parties, that the above entitled matter be dismissed in its entirety with prejudice.

Stipulated Settlement and Request for Dismissal

1

1 | DATED: April 3, 2013                                    LAW OFFICES OF TODD A. MURRAY

2 |                                                         By: __/s/ Todd A. Murray_____
                                                                Todd A. Murray
3 |                                                             Attorney for Plaintiffs

4

5 | DATED: April 3, 2013                                    MORRIS POLICH & PURDY, LLP

6 |                                                         By: __/s/ Michael P. West_____
                                                                Michael P. West, Esq.
7 |                                                             Attorney for Defendant

8

   Upon the consent of the parties hereto, and it appearing to the Court that there is GOOD CAUSE for the entry of this Stipulated Settlement,

   IT IS ORDERED, ADJUDGED AND DECREED as follows:

   1. This court has jurisdiction of the subject matter of this action and each of the parties hereto; and

   2. The above-entitled matter is dismissed with prejudice.

DATED:  April 4, 2013


                                                    _____
                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT