1  Todd A. Murray (State Bar #075364)
   LAW OFFICES OF TODD A. MURRAY
2  1050 Fulton Avenue, Suite 218
   Sacramento, CA 95825
3  Telephone: (916) 488-1795
   Facsimile: (916) 481-5080
4
   Attorney for Plaintiffs
5  Lou Flores and Frank Flores

6  Michael P. West (State Bar #172478)
   MORRIS POLICH & PURDY, LLP
7  1055 West Seventh Street, 24th Floor
   Los Anegles, CA 90017
8  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
9
   Attorney for Defendant
10 Sunrise Senior Living, Inc.

11

12

13                    UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

15

16 LOU FLORES and FRANK FLORES,       ) Case No. 2:11-CV-02561-LKK-EFB
                                      )
17         Plaintiffs,                )
                                      ) **STIPUTLATED SETTLEMENT AND**
   v.                                 ) **REQUEST FOR DISMISSAL**
18                                    )
   SUNRISE SENIOR LIVING, INC. and DOES 1 )
19 through 50, inclusive.             ) **[RE: Sacramento County Superior Court**
                                      ) **Case No. 34-2011-00106439]**
20         Defendant.                 )
   _____/   )
21

22        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, LOU

23 FLORES and FRANK FLORES and Defendant SUNRISE SENIOR LIVING, INC. (hereinafter

24 collectively referred to as "The Parties") that this matter is deemed settled pursuant to a written

25 Settlement Agreement and Release between The Parties.

26        IT IS FURTHER REQUESTED that pursuant to the settlement agreement between The

27 Parties, that the above entitled matter be dismissed in its entirety with prejudice.

28

Stipulated Settlement and Request for Dismissal

1

1 | DATED: April 3,2013					LAW OFFICES OF TODD A. MURRAY

2 |						By: __/s/ Todd A. Murray_____
						Todd A. Murray
3 |						Attorney for Plaintiffs

4

5 | DATED: April 3, 2013					MORRIS POLICH & PURDY, LLP

6 |						By: __/s/ Michael P. West_____
						Michael P. West, Esq.
7 |						Attorney for Defendant

8
    Upon the consent of the parties hereto, and it appearing to the Court that there is GOOD
9
CAUSE for the entry of this Stipulated Settlement,
10
    IT IS ORDERED, ADJUDGED AND DECREED as follows:
11
    1.    This court has jurisdiction of the subject matter of this action and each of the
12
parties hereto; and
13
    2.    The above-entitled matter is dismissed with prejudice.
14

15
DATED:  April 4, 2013
16

17
						_____
18						LAWRENCE K. KARLTON
						SENIOR JUDGE
19						UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

Stipulated Settlement and Request for Dismissal
							2